NUMBER 13-04-421-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

ROLANDO GONZALES,                                                     Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
_____________________________________________________________________

On appeal from the County Court at Law
of Kleberg County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellant, ROLANDO GONZALES, attempted to perfect an appeal from an order
of the County Court at Law of Kleberg County, Texas, denying a motion to dismiss. 
         Upon review of the clerk’s record, it appeared that the order from which this
appeal was taken was not an appealable order. Notice of this defect was given so that
steps could be taken to correct the same, if it could be done. Appellant was advised
that, if the defect was not corrected within ten days from the date of receipt of this
Court’s notice, the appeal would be dismissed. To date, appellant has failed to
respond to this Court’s notice.
         The Court, having considered the documents on file, this Court’s notice, and
appellant’s failure to respond, is of the opinion that the appeal should be dismissed for
want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
                                                                                 PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Opinion delivered and filed this
the 7th day of October, 2004.